# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ARLENE GHENT** a/k/a **ARLENE R. GHENT**
and **DAVID M. HENRY,**
Appellants,

v.

**HSBC MORTGAGE SERVICES, INC.,**
Appellee.

No. 4D17-2187

[December 19, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 56-2013-CA-001095.

Peter Ticktin, Kendrick Almaguer, and Thomas Eross, Jr. of The Ticktin Law Group, P.L.L.C., Deerfield Beach, for appellants.

David Rosenberg, Cynthia L. Comras, and Jarrett Cooper of Robertson, Anschutz & Schneid, P.L., Boca Raton, for appellee.

PER CURIAM.

The borrowers in this mortgage foreclosure case prevailed at trial; the circuit court granted their motion for involuntary dismissal for the failure of the plaintiff to prove its standing to foreclose. We affirm the court's order denying the borrowers' motion for attorney's fees. *See Nationstar Mortg. LLC v. Glass*, 219 So. 3d 896 (Fla. 4th DCA 2017). We remand for the trial court to set an amount on the borrowers' motion to tax costs. *See* Fla. R. Civ. P. 1.420(d); *Torres v. Bank of N.Y.*, 252 So. 3d 274 (Fla. 4th DCA 2018).

*Affirmed in part, reversed in part, and remande*d.

GROSS, MAY, JJ., and CARACUZZO, CHERYL, Associate Judge, concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*